UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:25-cv-03191

MARCO VERCH,

    Plaintiff,

v.

CARPENTER HEATING-COOLING LLC,

    Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant CARPENTER HEATING-COOLING LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Verch's original copyrighted Work of authorship.

2. Marco Verch is a photographer from Cologne, Germany. He has been working as a photographer for many years and enjoys taking pictures of scenery from his travels, sporting events, food, flowers, cars, drones and more. He also takes photos for advertisements and fundraising campaigns.

3. Defendant CARPENTER HEATING-COOLING LLC ("CHC") is a heating and air-conditioning business that handles design, installation, maintenance and repair for HVAC systems. At all times relevant herein, CHC owned and operated the internet website located at the URL https://carpentercooling.com/ (the "Website") and the Facebook URL https://www.facebook.com/carpentercoolingLLC (the "Facebook page").

4. Verch alleges that CHC copied Verch's copyrighted Work from the internet in order to advertise, market and promote its business activities. CHC committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the CHC's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. CHC is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, CHC engaged in infringement in this district, CHC resides in this district, and CHC is subject to personal jurisdiction in this district.

## DEFENDANT

9. Carpenter Heating-Cooling LLC is a Florida Limited Liability Company, with its principal place of business at 991 Varet Road, Venice, Florida, 34293, and can be served by serving its Registered Agent, Scott Carpenter, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2021, Verch created the photograph entitled "Merry-Christmas---Christmas-decorations-on-red-background," which is shown below and referred to herein as the "Work."



11. Verch registered the Work with the Register of Copyrights on February 19, 2022, and was assigned registration number VA 2-293-017. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Verch was the owner of the copyrighted Work.

## INFRINGEMENT BY CHC

13. CHC has never been licensed to use the Work for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, CHC copied the Work.

15. On or about March 12, 2024, Verch discovered the unauthorized use of his Work on the Website. CHC used the Work on their Facebook page

16. CHC copied Verch's copyrighted Work without Verch's permission.

17. After CHC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

18. CHC copied and distributed Verch's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. CHC committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Verch never gave CHC permission or authority to copy, distribute or display the Work for any purpose.

21. Verch notified CHC of the allegations set forth herein on April 22, 2025 and June 12, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Verch incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Verch owns a valid copyright in the Work.

24. Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. CHC copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

26. CHC performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Verch has been damaged.

29. The harm caused to Verch has been irreparable.

WHEREFORE, the Plaintiff MARCO VERCH prays for judgment against the Defendant CARPENTER HEATING-COOLING LLC that:

    a. CHC and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and

permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. CHC be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Verch be awarded pre- and post-judgment interest; and

e. Verch be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Verch hereby demands a trial by jury of all issues so triable.

Dated: November 19, 2025              Respectfully submitted,

/s/ *Sanje V. Lara*
SANJE V. LARA
Florida Bar Number: 1031680
sanje.lara@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*